# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **DAWN RUNDGREN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | 18-C-1160 |
| -against- ) | |
| ) | Judge John J. Tharp, Jr. |
| **CONCERTO RENAL SERVICES LLC,** ) | |
| ) | Magistrate Judge Rowland |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

This cause coming to be heard by agreement of the parties, and the parties having advised the Court that this case has been settled, and all issues and controversies have been resolved to the mutual satisfaction of the parties:

**IT IS HEREBY ORDERED:**

That this case is dismissed, with prejudice, and each party shall bear their own attorney's fees and costs.

AGREED TO:

| DAWN RUNDGREN | CONCERTO RENAL SERVICES LLC |
|---|---|
| By: /s/ David Porter | By: /s/ Jamie L. Filipovic |
| Her Attorney | One of Its Attorneys |
| Law Office of David Porter | O'Hagan Meyer LLC |
| Attorney for Plaintiff | Attorneys for Defendant |
| 33 North LaSalle Street | 1 East Wacker Drive |
| Suite 2000 | Suite 3400 |
| Chicago, IL 60602 | Chicago, Illinois 60601 |
| (312) 236-1207 | (312) 422-6100 |

Respectfully submitted,